# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James Dean Eaker,

        Plaintiffs,                       JUDGMENT IN A CIVIL CASE

vs.                                     3:10-cv-657-RJC

Mary Burns,

        Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 3, 2011 Order.

                Signed: January 3, 2011

Frank G. Johns, Clerk
United States District Court